✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.   Crim. No.  5:16-CR-22-001  (MTT)

**JASON D. LANG**

Jason D. Lang was sentenced in the Middle District of Georgia by the Honorable Marc T. Treadwell, Chief U.S. District Judge, on May 4, 2017. Lang was sentenced to forty-six (46) months imprisonment, followed by a 3-year term of supervised release for the offense of Conspiracy to Possess with Intent to Distribute marijuana.

Jason D. Lang has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision.

Respectfully submitted,

*[signature]*

Eugene L. Autry, II
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this      9th      day of           May          , 2022.

S/ Marc T. Treadwell

MARC T. TREADWELL
CHIEF U.S. DISTRICT JUDGE